Vanessa Fantasia, Esq. (SBN 337627)
**DOWNTOWN L.A. LAW GROUP**
540 S Santa Fe Ave
Los Angeles, CA 90013
Telephone: (213) 389-3765
Facsimile (877) 389-2775
Email: Vanessa.Fantasia@downtownlalaw.com

Attorneys for Plaintiff,
MARK LEDBETTER

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MARK LEDBETTER, an individual,

Plaintiff,

v.

WALGREEN CO., a Illinois corporation; JOHN DOE 1, an individual; JOHN DOE 2, an individual; and DOES 1 to 100, inclusive.

Defendants.

Case No.: 3:25-cv-03433

[Former San Francisco County Superior Court Case No. CGC-25-621997]

Assigned to Hon. Thomas S. Hixson

**~~[PROPOSED]~~ ORDER OF DISMISSAL**
*Fed. Rule Civ. Proc. 41(a)*

Having reviewed and approved the parties' Stipulation of Dismissal, and finding good cause,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Dated: September 21, 2026

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE